UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE BIRD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　　Defendants. | Case No. 5:17-cv-01998-MWF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 50). Plaintiff did not file any written objections to the report within the time allotted or seek additional time in which to do so.

Therefore, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted; and
2. Judgment shall be entered dismissing this case without prejudice.

Dated: July 23, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge