JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE BIRD, | Case No. 5:17-cv-01998-MWF (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 23, 2018

MICHAEL W. FITZGERALD
United States District Judge